Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820

Attorneys for Plaintiff                                                    JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS, INC.; *et al.*<br><br>Defendants. | Case No. CV14-09661 DDP (ASx)<br>*Hon. Dean D. Pregerson Presiding*<br><br>**ORDER TO DISMISS ACTION** |
|---|---|

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice;
2. Each party will bear its own costs and attorney's fees incurred against one another in this action; and,
3. The Scheduling Conference set for October 5, 2015 is VACATED.

Date: August 28, 2015

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE